# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVEN BURGAUER, TRUSTEE OF THE PAUL D. BURGAUER MARITAL TRUST; AND PAUL D. BURGAUER MARITAL TRUST, <br> Petitioners, <br> vs. <br> THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE WILLIAM S. POTTER, DISTRICT JUDGE, <br> Respondents, <br> and <br> MARGARET BURGAUER, <br> Real Party in Interest. | No. 76691 <br><br> **FILED** <br><br> SEP 14 2018 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY_____ <br> DEPUTY CLERK |



## *ORDER DENYING PETITION*

This original petition for a writ of mandamus and/or prohibition challenges a district court order denying a motion to dismiss in a trust action. Having considered the petition and appendices filed in this matter, we are not convinced that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus or prohibition "is solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-35963

cc: Hon. William S. Potter, District Judge, Family Court Division
Howard & Howard Attorneys PLLC
Marquis Aurbach Coffing
Eighth District Court Clerk